**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-6116**

BOBBY LEE BROWN,

          Petitioner - Appellant,

    v.

MILDRED RIVERA, Warden FCI Estill,

          Respondent - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Beaufort.  David C. Norton, District Judge. (9:12-cv-00947-DCN)

Submitted:  March 28, 2013         Decided:  April 2, 2013

Before NIEMEYER, KING, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Bobby L. Brown, Appellant Pro Se.  Susan Zalkin Hitt, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bobby Lee Brown, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp. 2012) petition. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. <u>Brown v. Rivera</u>, No. 9:12-cv-00947-DCN (D.S.C. Jan. 15, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>